| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE DISTRICT OF ARIZONA | |

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Carlos Rafael Lopez-Garcia,<br><br>    Defendant. | NO.   CR 10-00424-TUC-FRZ(BPV)<br><br>**REPORT AND RECOMMENDATION ON DEFENDANT'S MOTIONS TO SUPPRESS, FOR SANCTIONS, AND TO DISMISS** |

On February 3, 2010, Defendant Carlos Rafael Lopez-Garcia was arrested for illegal re-entry into the United States. The Defendant was indicted on March 3, 2010 [Doc. 6]. On December 6, 2010, Defendant filed a Motion to Suppress Evidence and Statements [Doc. 40]. On December 13, 2010, Defendant filed a Motion for Sanctions to Preclude Testimony [Doc. 41]. The Government filed its Response [Doc. 50] to Motion for Sanctions on January 18, 2011, and its Response [Doc. 51] to Motion to Suppress on January 19, 2011. On January 31, 2011, Defendant filed his Replies [Docs. 52 and 53] and on February 15, 2011, the Defendant filed *in pro per* an Addendum to Counsel's Reply to Government Response to Motion to Suppress [Doc. 57]. On July 14, 2011, Defendant filed a Notice of Additional Authorities [Doc. 78]. On July 17, 2011, the Government filed a Motion for Order Requiring Defendant to Furnish Fingerprints [Doc. 80].

The matter came on for Evidentiary Hearing before the Court on July 18, 19, and 29, 2011. On July 27, 2011, Defendant filed a Motion to Dismiss [Doc. 89]. The Government called as witnesses Arizona Department of Public Safety Officer Shaun Enrico and U.S.

Border Patrol Agents Michael Craig and Noah Dominguez. The defense called as a witness Christian Rodriguez-Garcia.

The Court, having considered the briefing, arguments, and evidence presented, recommends that the District Judge, after his independent review and consideration, enter an order **DENYING** Defendant's Motion to Dismiss [Doc. 89] and Defendant's Motion for Sanctions to Preclude Testimony [Doc. 41] and **GRANTING** Defendant's Motion to Suppress [Doc. 40] as to all statements made by Defendant, but **DENYING** as to Defendant's fingerprints.

## FACTS

On February 3, 2010, Christian Rodriguez-Garcia was driving north on State Route 191 towards Safford, Arizona. He was driving a red Ford pickup truck with a ball trailer hitch. There were three visible occupants in the cab of the truck.

DPS Officer Shaun Enrico was on patrol in that area and he fell in behind the pickup truck. He observed that the last letter and first number of the truck's license plate were obscured by the ball hitch and he determined this to be a violation of Arizona's illegible license plate statute. Officer Enrico acknowledged that this obstruction was temporary. Had he waited a few more minutes, State Route 191 turned into a two-lane road and he could have positioned his vehicle to the side of the truck so as to read the plate.

Officer Enrico instead decided to stop the vehicle and issue a warning. Once the truck stopped, Officer Enrico began to walk towards the driver's side of the truck. As he did, he looked into the truck bed and saw several pairs of feet protruding from under carpeting that was covering the torsos and heads of occupants. He then pulled out a taser gun. As Officer Enrico approached the driver, Mr. Rodriguez-Garcia, he pointed the taser at him and determined that he had no driver's license. Officer Enrico then removed everyone from the vehicle and obtained possession of the truck keys.

At some point, two Border Patrol vehicles arrived. Officer Enrico gave Border Patrol Agent Michael Craig the keys to the truck. During the interrogations, the agents determined that all of the occupants of the truck were without legal status to be in the United States.

Mr. Rodriguez-Garcia and Defendant Carlos Rafael Lopez-Garcia were charged with violating 8 U.S.C. 1326(b)(2). Mr. Rodriguez-Garcia was sentenced to 51 months and Defendant Lopez-Garcia is awaiting trial.

Defendant seeks the suppression of all statements taken from him, as well as his identity, i.e. fingerprints. The stop conducted by DPS Officer Enrico was without a founded suspicion of criminal activity and, under the circumstances, was a pretext arrest.

**CONCLUSION**

It is the recommendation of this Court that the District Judge, after his independent review and consideration, enter an Order **DENYING** Defendant's Motion to Dismiss [Doc. 89] and Defendant's Motion for Sanctions to Preclude Testimony [Doc. 41] and **GRANTING** Defendant's Motion to Suppress [Doc. 40] as to all statements made by Defendant, but **DENYING** the Motion as to Defendant's fingerprints.

Pursuant to 28 U.S.C. §636(b)(1)(B), the parties have fourteen (14) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be filed as CR 10-00424-TUC-FRZ.

**IT IS ORDERED** that the Government's Motion for Order Requiring Defendant to Furnish Fingerprints [Doc. 80] be granted and Defendant Carlos Rafael Lopez-Garcia shall forthwith submit to the taking of his fingerprints by a government agent, at a reasonable time and place as directed by said agent.

DATED this 30th day of August, 2011.

_____
Bernardo P. Velasco
United States Magistrate Judge